FILED
07 NOV 20 PM 3:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

UNITED STATES OF AMERICA,   )   Criminal Case No. 07 CR 3159 WQH
                            )
            Plaintiff,      )   INDICTMENT
                            )
     v.                     )   Title 8, U.S.C., Secs. 1326(a)
                            )   and (b) - Deported Alien Found
JORGE NUNEZ-GARCIA,         )   in the United States
                            )
            Defendant.      )
_____)

The grand jury charges:

On or about September 6, 2007, within the Southern District of California, defendant JORGE NUNEZ-GARCIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CJB:nlv:San Diego
11/19/07

1  It is further alleged that defendant JORGE NUNEZ-GARCIA was
2  removed from the United States subsequent to June 11, 2004.
3  DATED: November 20, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney