```
                                          FILED
                                    07 NOV 20 PM 3: 36
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                  BY:      CD         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3159 WQH |
| Plaintiff, ) | |
| ) | NOTICE OF RELATED CASE |
| v. ) | |
| JORGE NUNEZ-GARCIA, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jorge Nunez-Garcia</u>, Criminal Case No. 07CR2763-WQH.

DATED: November 20, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ Carla J. Bressler*

CARLA J. BRESSLER
Assistant U.S. Attorney