FILED

JAN 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. <u>07CR3159-WQH</u> |
| ) | |
| Plaintiff, ) | **SUPERSEDING** |
| ) | <u>I N F O R M A T I O N</u> |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1325 - |
| JORGE NUNEZ-GARCIA, ) | Illegal Entry (Misdemeanor); |
| ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. ) | Illegal Entry (Felony); |

The United States Attorney charges:

<u>Count 1</u>

On or about <u>June 2, 2005</u>, within the Southern District of California, defendant, JORGE NUNEZ-GARCIA being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

<u>Count 2</u>

On or about September 6, 2007, within the Southern District of California, defendant JORGE NUNEZ-GARCIA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all

//

//

1 | in violation of Title 8, United States Code, Section 1325, a
2 | felony.

DATED: 1/10/08

KAREN P. HEWITT
United States Attorney

*/s/ Peter J. Mazza*
PETER J. MAZZA
Assistant U.S. Attorney